UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LESLIE GAMBARDELLA,
                Plaintiff,

v.

TRICAM INDUSTRIES, INC.; and HOME
DEPOT U.S.A., INC.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 10867 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/20

       The Court conducted a status conference today in the above matter, at which counsel for all parties appeared by telephone. Accordingly, it is HEREBY ORDERED:

       1.     Any motion for substitution on behalf of plaintiff's successor or representative shall be filed by January 5, 2021.

       2.     A status conference is scheduled for January 28, 2021, at 3:00 p.m. Counsel shall attend the conference by calling the following number and entering the access code when requested:

       **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

       **Access Code:**    1703567

Dated: October 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge