UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LESLIE GAMBARDELLA,

        Plaintiff,

        against

TRICAM INDUSTRIES, INC,. and
HOME DEOPOT U.S.A., INC.
        Defendants.
------------------------------------------------------------------x

18 Cv 10867 (VB)
ECF CASE
ORDER

### ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff's motion for entry of an Order under Rule 25 of the Federal Rules of Civil Procedure, granting Plaintiff's motion to substitute Joseph Gambardella for deceased Plaintiff Leslie Gambardella, as Administrator of the Estate of Leslie Gambardella in this proceeding, and the Court having considered the submissions in support of and in opposition (if any) to the Motion, and the Court having found good cause for the relief sought in the Motion, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED.

Dated: January 8, 2021
White Plains, NY

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE